In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance.

In the Matter of the Application of THE TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Respondent.

GEORGE S. VAN SCHAICK, Superintendent of Insurance, as Rehabilitator of UNION GUARANTEE AND MORTGAGE COMPANY, Appellant.

(Submitted February 26, 1935; decided March 19, 1935.)

*Jess H. Rosenberg, Harry Rodwin* and *Irving H. Jurow* for appellant.

*William F. Delaney* and *George J. Gillespie* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.